UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CRYSTAL MORGAN**                                                                           **PLAINTIFF**

**V.**                       **CASE NO. 1:16-CV-140-BD**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 9th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE